# EDWARD SWEENEY
206 Acadia Street, San Francisco, CA 94131

May 26th, 2014

Hon. William H Orrick
United States District Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102


Dear Judge Orrick

My name is Ed Sweeney. I was raised most of my life in San Francisco and began a career in construction before going to work for the San Francisco Department of Building Inspection. I have been there 15 years, working my way from District building inspector to my current position of Deputy Director of Plan Check for the City of San Francisco.

I met John in 2004 when his firm did a construction project across the street from my house. We quickly became friends while discussing everything from local politics to my son Michael's unraveling with drug addiction. John was extremely positive and supportive, telling me over and over that Michael would come around, and to have faith. I needed a lot of faith with Michael. We eventually had to send Michael away for just over a year and half, which was emotionally draining on our family and exhausted our entire families life savings in the process. John's constant support and validation of our difficult decision to send Michael away was instrumental in helping us through this time.

After Michael returned from reform school we needed to find a job for him, to start getting him focused on his life moving forward and taking responsibility for himself. John immediately gave Michael a job working for SF Garage Co, where Michael was a strong worker but had difficulties getting along with the other employees. John moved Michael time after time from one division within SF Garage Co to another, trying to keep Michael's interest in learning and developing a work ethic as both John and I have.

A few years ago, a clerk that I work with had a fire in her apartment on 24th street. I called John and he took an entire team of guys and trucks to rescue all of her belongings, and clean and store them until her apartment was put back together. The landlord then decided to try and evict this older lady for starting a fire under the nuisance code in the Rent Code of San Francisco. Her apartment was under rent control and if evicted she would not be able to afford to continue to live and work in San Francisco. John stepped in, calling the management company and the landlord's attorney, explaining the fire was not started by tenant and that there were no grounds for eviction. There is no doubt in my mind that John's actions are what convinced the attorney not to proceed with the eviction, allowing her to remain in the apartment and continue to live and work in San Francisco.

I admire John's tenacity, determination and limitless generosity to jump in and help others in need. I believe John would never knowingly do something that is illegal, but having so many businesses without proper management has led John to where he is today. I can only hope that the court sees that John is a good and hard working person, who cares deeply for the people who work for him, and would give the shirt off his back to anyone that needed it.

Sincerely,

Edward Sweeney