Mary McNamara, SBN 147131
mary@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010


Attorneys for JOHN CLIFFORD POLLARD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR 13-722 WHO |
| Plaintiff, | **LETTERS SUBMITTED IN SUPPORT OF DEFENDANT JOHN POLLARD** |
| vs. | |
| JOHN POLLARD, | |
| Defendant. | Hearing Date: August 18, 2016<br>Time: 1:30 p.m.<br>Court: Hon. William H. Orrick |

Defendant John Pollard hereby submits the following letters of support attached hereto as Exhibits F, G, H and I in advance of his August 18, 2016 appearance on an April 19, 2016 Form 12 Violation.

Dated: August 15, 2016                                          Respectfully submitted,


                                                              /s/                                        .
                                                              Mary McNamara
                                                              SWANSON & McNAMARA LLP
                                                              Attorney for JOHN CLIFFORD POLLARD

**LETTERS IN SUPPORT**

# Exhibit F

Letter in Support of Defendant John Pollard's Sentencing Memorandum,
By Bevan Dufty

Bevan Dufty

████████████████████████

The Honorable William H. Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102

Dear Judge Orrick:

It's hard to believe that I retired from City government almost nine months ago. What has stayed the same is that John remains such an important colleague and I regularly call upon his help to share his talent and generosity with others.

John is meeting soon with the City's new Director of Homelessness and Supportive Housing, Jeff Kositsky. Jeff is an amazing choice to lead a consolidated department containing shelter, outreach, navigations centers and housing. As I shared with him how important John has been to my work, it made me think that I have not done an adequate job conveying the magnitude and importance of having someone like John providing help.

When housing quality inspections were looming for new Veterans Housing at 250 Kearny Street, John came to the rescue. With only 3 days to go to deliver and install 130 refrigerator/microwave units -- only John could have assembled the team to comb Bay Area stores and advance the cash to purchase, deliver and install.

San Francisco would have lost millions in federal housing subsidies if we failed inspection and the building would have been at risk as it would no longer have penciled financially.

I think about this in terms of the accident, weeks ago, involving two of John's cars. We have talked about this incident and I do not believe John will ever make a mistake of this kind again.

John's life is very different. He has a new family. He has to focus on his businesses to support a workforce that relies upon him for their livelihood. He realizes that the flash of temper this represented no longer has a place in the life he wants to lead going forward.

I know many people who live between the lines, I'm one of them. Years ago, I would introduce John and say that development in San Francisco is not for the feint-hearted.

However, I feel strongly that John has changed because you took a chance and believed in him. You saw something great in John and decided that he did not have to be imprisoned. Your faith in John helped him to see how fortunate he is to have such a great life, with purpose and friends and coworkers.

The probation restrictions John has had helped him appreciate all the blessings he has. John is not a violent person by any means. And this incident made him realize that even a flash of temper directed against his own property has deep ramifications, especially when an employee is affected.

John has been in counseling to have the tools and understand how to better respond to any such situation. He has been under enormous pressure and knows that stress is part of life. I know John well and care about him deeply. He has learned so much. I do not think jail time is the answer to making sure he continues on a successful path in life.

I don't want it lost that John has done so many amazing things over the years. John's ability to donate his talent and experience to help open 10 units of cooperative housing for people living with HIV/AIDS, for example.

Another time, I had a woman, who at 93 who totally distrusted government and was unwilling to sign a housing application because of concern about fresh air circulation in the proposed unit, and details about the refrigerator she wanted.

John was incredibly patient with her and, in turn, she trusted John because she knew he wasn't a bureaucrat. Some City staff employed to help house someone 93 years of age in our shelter system weren't patient enough to hear her concerns, no matter how small or specific. But John won her trust by listening and giving straight advice in a warm and confident manner.

This also makes me recall the Quadriplegic gentleman who had been shunted aside so many times that he distrusted most everyone in City government. After fighting to get him transferred from an SRO to a new supportive housing building, the logistics of moving him, his 400 lb. wheelchair and myriad health devices and personal effects outstripped anything the City was willing to provide.

Once again, John won this client's trust and the move happened successfully. Meeting John changed this man's life.

I don't have the authority to render a decision about the consequence for John from the incident with his two vehicles. What I can say is that all the good I've seen him accomplish is so monumental that it puts this incident into context. He has learned from this, but I'm not sure you ever can teach someone to have the scale and level of compassion that John has consistently demonstrated. And John has acknowledged his mistake, is remorseful and is committed to handling any tough situation differently.

Having John do time in jail will only hurt his family and his employees who rely upon him to generate business.  If you could hear the voices of the scores of people whom John, at my request, has helped, they would speak about his wonderful, compassionate qualities. And they would urge understanding and forgiveness in return.

Thanks for your consideration.

Sincerely,

BEVAN DUFTY

# Exhibit G

Letter in Support of Defendant John Pollard's Sentencing Memorandum,
By Rudy Corpuz, Founder of United Playaz



# UNITED
# • PLAYAZ

**1038 Howard Street · San Francisco, CA 94103**          **www.unitedplayaz.org**

August 11, 2016

To Whom It May Concern:

My name is Rudy Corpuz Jr.  I am the founder and director of United Playaz, a violence prevention and leadership development organization dedicated to providing young people with positive role models and activities to engage in as an alternative to involvement with gangs, drugs and other high-risk behaviors.  I am writing this letter in support of John Pollard.

John has been a valuable partner to United Playaz in many ways.  John has volunteered his expertise, materials and labor to our youth center, addressing minor but potentially cumbersome issues such as building repairs.  His support has helped us accomplish things that would have been unexpectedly expensive or difficult to navigate, such as making the garage door operational to repairing the sidewalk in front of our building, helping us to maintain our focus on serving youth.  This summer John graciously hosted 150 youth participants and staff at the roller skating rink for a great afternoon of skating and fun.  In working toward a long term relationship, John is volunteering his expertise to conquer the herculean feat of designing an additional floor for our youth center as the basis of a coming capital campaign to expand our facility to ease over crowding and accommodate all of our youth and staff.

We truly value John as a partner, his efforts as a volunteer have made a lasting impact on our youth and staff and we look forward to a long relationship with him as a member of the UP family.  Please feel free to contact me if you have any questions or require additional information at 415-573-6219.

In peace,

*Rudy Corpuz Jr.*

Rudy Corpuz Jr.
Founder/Director

# Exhibit H

Letter in Support of Defendant John Pollard's Sentencing Memorandum,
By Craig Weyant

8/11/2016

Honorable Judge Orrick,

My name is Craig Weyant and I am a job foreman for SF Garage Company, Inc.  John Pollard is an old friend of my wife's large family and is close enough to them all to be considered part of the family.   I came to California from New England to help out my wife's nephew Nathan get his company started.  Nathan had just finished a 5 year partnership with John that reorganized with Nathan creating a company that specializes in radiant heat design and installation.  Nathan continues to consult and design systems for all SF Garage Company remodel projects.

I had intended the move to California be temporary but John was persuasive enough to get me to work full time for SF garage Company and convince my wife to move and work as well.  My wife Gina started in the office just filing and organizing and now works full time in Human Resources and office management.

I do not consider myself a builder, I am more of a logistics man.  I keep things moving forward, I anticipate needs, and do my best to prevent major stalls in the critical path. I am one of many foreman managing 2 or 3 projects a piece and I find some days to be overwhelmingly stressful and exhausting, it's just the nature of construction, and I am only a cog in the wheel.

John knows all of his projects intimately, he sees every potential weak link and anticipates 2 to 3 steps ahead of any given stage.  I am amazed at his ability to do a sweep with his eyes and catch all the little things that could be overlooked; he has an amazing ability to visualize all the potentials, good or bad.  John's daily consults are crucial to my being able to do my job and I am sure the other foreman would agree.

I am impressed with the loyalty of the employees John has working for him, some have been with him for over 20 years.  I am impressed with the allegiance of the crews, the way they band together and fight to finish the project by deadline.  I am impressed with the compassion the crews have for each other.  We lost a plumber unexpectedly last month to kidney failure and every employee contributed monetarily to his wife and family as did the Company.  Most employees showed up at the service in the middle of the work week.  You don't get this kind of loyalty and comradery from an abusive boss.  The tone of the company is set from the top and this Company is more of a tribe or a clan and John is the leader, the responsible person, the Boss.

San Francisco is a high pressure environment to own a construction company in.  Every day is a test.  The horns blaring, the rude drivers, the angry pedestrians is enough to make me want to go home every day.  The fact that John has done this for over 18 years is a testament to his patience.

Respectfully,

Craig Weyant

# Exhibit I

Letter in Support of Defendant John Pollard's Sentencing Memorandum,
By Gaetano Basso

Gaetano Basso


August 14, 2016


Honorable William H Orrick
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102


Dear Honorable William H Orrick :

I'm not a man of eloquent words nor of higher education so I will be short and to the point.
I'd like to give you a brief description of the John Pollard that I and many others respect and
look up to.

I have been in the construction field for 25 years and employed by John Pollard for the past 3.
I was 51 when John took a chance on me, not being the prize stallion in the stable anymore there
weren't many that would have done so, John did, he not only gave me the opportunity but he
taught and guided me to the position of Foreman. He has done the same for many of us, in fact
myself along with approx. 85-90 employees and their families depend on John to sell the jobs,
keep the company running and the paychecks coming. Now John can be a bit abrasive sometimes
and he doesn't like to mince words, but to be in this business and continue to put food on the
table for us it truly takes that kind of attitude. It's his sharp tongue and tough love that some take
offence to, but I want to make it abundantly clear… that by no means have I ever felt threatened
or have I ever seen him dole out more than a harsh browbeating in the three years under his
employ. I don't write this as an excuse for John but only to enlighten you to the John I and many
others know.

Please take into consideration this letter as I speak for many.
Sincerely,

Gaetano Basso